UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RODNEY K. JEFFERSON                                    CIVIL ACTION

VERSUS                                                           NO. 24-1524

ARCHER-DANIELS-MIDLAND                            SECTION "R"
COMPANY, ET AL.

## ORDER AND REASONS

Before the Court is a joint motion for dismissal with prejudice.[1] This Court's October 1, 2025 Order of Dismissal dismissed this action as to all parties without prejudice to the right to reopen the action upon good cause shown if settlement is not consummated within sixty days.[2] Excepting the right to reopen if settlement is not consummated, the dismissal is with prejudice. As the Court has already dismissed the claims at issue here with prejudice,

The Court **DISMISSES** the motion to dismiss with prejudice **AS MOOT.**

New Orleans, Louisiana, this 7th day of November, 2025.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 32.
[2] R. Doc. 31.

1